**Order entered January 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01382-CV

**STEVEN E. BROWN, Appellant**

**V.**

**BANK OF AMERICA, N.A., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-02170**

## ORDER

Before the Court is appellant's January 11, 2013 unopposed motion to extend time to file appellant's amended brief. Appellant's motion is **GRANTED**. Appellant's amended brief shall be filed on or before February 13, 2013.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE